IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARYL R. DUNCAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-315-JPG ) |
| ROGER E. WALKER, JR., et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

March 11, 2009             By: **s/ J. Phil Gilbert**
*Date*                                           *District Judge*